**Adrian J. TREMBLAY v. Lee MAIDRAND, individually, and Lee Maidrand, Philip Hughes, Donald Shattuck and Elwin Peterson as Trustees of Parks and Recreation of the Town of Springfield, Ver-**

mont, and the Town of Springfield, Vermont, No. 306-76

November 23, 1976. Motion for Permission to Appeal under V.R.A.P. 5(b)(1) denied.